CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RK
APR 30 2010
JOHN F. CORCORAN, CLERK
BY: H McDonal
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID RAY BARBOUR, | ) | Civil Action No. 7:10-cv-00089 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEBBIE WHEELER, et al., | ) | By: Hon. Jackson L. Kiser |
|    Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED as frivolous**, pursuant to 28 U.S.C. § 1915A(b)(1), all pending motions are **DENIED** as moot; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This \_\_30th\_\_ day of April, 2010.

                                          /s/ Jackson L. Kiser
                                          Senior United States District Judge